**IN THE UNITED STATE BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: **Delores Steer** | ) | Chapter 13 |
| **Debtor** | ) | |
| | ) | No. 20-10695-JKF |
| | ) | |
| | ) | |

## CERTIFICATION OF NO RESPONSE

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.

                                                  /s/David M. Offen
                                                  David M. Offen
                                                  Attorney for Debtor(s)

**Date:6/2/20**